396 A.2d 854

Industrial Valley Bank and Trust Company, Appellant,
v. Spino et al.

Submitted June 15, 1978. Roderick D. Mathewson, for appellant; R. Jere Block, for appellee, Lucille M. Spino.

Order affirmed.

CERCONE and SPAETH, JJ., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.